UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Adolphus Pelley

                                Plaintiff,

v.                                  Case No.: 3:24–cv–01306

City of Athens, Tennessee, et al.

                                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/11/2025 re [41].

                                                                       Lynda M. Hill
                                               s/ Sabrina D Brewer, Deputy Clerk